**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| William Thrower, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. H-18-2473 |
| | § | |
| Nancy A. Berryhill, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration | § | |
| *Defendant.* | § | |

## ORDER OF ADOPTION

On August 21, 2019, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 17), recommending that Thrower's Motion for Summary Judgment (D.E. 12) be denied. Thrower filed objections (D.E. 18), which are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion and order. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed at Houston, Texas on September ___9___, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE